**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2632

KIRSTEN M. NOAKES,

Plaintiff - Appellant,

versus

LESLIE P. FORD; DOES 1 Through 3,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-96-619-R)

Submitted:  March 17, 1998          Decided:  March 31, 1998

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Kirsten M. Noakes, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her action under the Federal Tort Claims Act under both Fed. R. Civ. P. 12(b)(1) and 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. We modify the dismissal, however, to fall only under Fed. R. Civ. P. 12(b)(1) and to be without prejudice to Appellant's opportunity to exhaust her administrative remedies. See 28 U.S.C. § 2675(a) (1994); McNeil v. United States, 508 U.S. 106, 113 (1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

2